UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| STATE OF LOUISIANA<br><br>VERSUS<br><br>IRA CHRISTOPHER JACKSON<br>AND ONE HUNDRED SIXTY-TWO<br>THOUSAND SEVEN HUNDRED FIFTY<br>DOLLARS AND NO/CENTS ($162,750.00)<br>IN U.S. CURRENCY MIXED DENOMINATIONS | CIVIL ACTION<br><br>NO.: 14-687-JWD-RLB |

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated March 3, 2015, to which an objection was filed.

**IT IS ORDERED** that the Plaintiff's Motion to Remand (R. Doc. 2) is **GRANTED**, and the action is **REMANDED** to the 18th Judicial District Court, West Baton Rouge Parish, State of Louisiana.

**IT IS FURTHER ORDERED** that under 28 U.S.C. § 1447(c) defendant Ira Jackson is ordered to pay to plaintiff State of Louisiana fees and costs incurred as a result of the removal in the amount of $400, within such time as the court may direct.

Signed in Baton Rouge, Louisiana, on March 30, 2015.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**